IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRUCE SIMONSON | ) |
| | ) C.A. No. 04-0971 |
| Plaintiff, | ) |
| | ) JURY TRIAL DEMANDED |
| vs. | ) |
| | ) Hon. Lisa Pupo Lenihan |
| RENEX DIALYSIS CLINIC OF PITTSBURGH, GAMBRO HEALTHCARE, DIALYSIS CLINIC, INC., and BIO-MEDICAL APPLICATIONS OF PENNSYLVANIA INCORPORATED, | ) *Electronically Filed* |
| | ) |
| Defendants. | ) |

## ORDER OF COURT

AND NOW, this __17th__ day of __January__, 200_7_, upon consideration of the Motion to Change Date of Mediation, it is hereby ordered, adjudged and decreed that said Mediation will be conducted, as previously described in the Order for Mediation of December 22, 2006, on __February 26, 2007 @ 9:30 AM__, with each party's confidential mediation statement being due on __February 21, 2007__.

Lisa Pupo Lenihan
U.S. Magistrate Judge